FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
BERKSHIRE HATHAWAY HOMESTATE
INSURANCE COMPANY, formerly
and/or d/b/a CORNHUSKER
CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AARON BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-00139 TMB |
| vs. ) | |
| ) | |
| BERKSHIRE HATHAWAY ) | |
| HOMESTATE INSURANCE ) | |
| COMPANY formerly and/or ) | NOTICE TO COURT ADVISING |
| d/b/a CORNHUSKER CASUALTY ) | PARTIES HAVE SETTLED CASE |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY formerly and/or d/b/a CORNHUSKER CASUALTY COMPANY, by and through its attorney, FRANK S. KOZIOL, and hereby notifies the Court of the status of this case. The Parties met on March 26, 2014 to mediate the case and were able to settle the above-referenced case.

Therefore, the Parties request that the Status Conference[1] scheduled on April 18, 2014 at 9:00 a.m. be vacated.

A Stipulation For Dismissal With Prejudice will be filed.

DATED this 9th day of April, 2014.

>LAW OFFICE OF FRANK S. KOZIOL
>Attorney for Defendant
>BERKSHIRE HATHAWAY HOMESTATE
>INSURANCE COMPANY, formerly
>and/or d/b/a CORNHUSKER
>CASUALTY COMPANY
>
>By: /s/ Frank S. Koziol
>Law Office of Frank S. Koziol
>618 Christensen Drive
>Anchorage, Alaska 99501
>Phone: 907-258-7706
>Fax: 907-258-7707
>Email: koziol@gci.net
>ritabennett.koziol@gci.net
>ABA No. 7210054

THIS IS TO CERTIFY that on April 9, 2014, a true and correct copy of the foregoing was served on:

Charles W. Coe
Law Office of Charles W. Coe
810 W. Second Ave.
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Frank S. Koziol

---

[1] Docket 23.

Notice to Court Advising Parties Have Settled Case
*Aaron Bailey v. Berkshire Hathaway Homestate Insurance Company* et al.
Case No. 3:12-cv-00139 TMB
Page 2 of 2