FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
BERKSHIRE HATHAWAY HOMESTATE
INSURANCE COMPANY, formerly
and/or d/b/a CORNHUSKER
CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AARON BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:12-cv-00139 TMB <br> vs. ) <br> ) <br> BERKSHIRE HATHAWAY ) <br> HOMESTATE INSURANCE ) <br> COMPANY formerly and/or ) <br> d/b/a CORNHUSKER CASUALTY ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above-captioned cause of action be dismissed with prejudice, each party to bear their own costs and attorney's fees.

```
                        LAW OFFICE OF FRANK S. KOZIOL
                        Attorney for Defendant
                        BERKSHIRE HATHAWAY HOMESTATE
                        INSURANCE COMPANY, formerly
                        and/or d/b/a CORNHUSKER
                        CASUALTY COMPANY


Date: 4/9/14         By: /s/ Frank S. Koziol
                        Law Office of Frank S. Koziol
                        618 Christensen Drive
                        Anchorage, Alaska 99501
                        Phone: 907-258-7706
                        Fax: 907-258-7707
                        Email: koziol@gci.net
                        betsykron.koziol@gci.net
                        ABA No. 7210054
                        (By Consent)



                        LAW OFFICE OF CHARLES W. COE
                        Attorney for Plaintiff


Dated: 4/9/14        By: /s/ Charles W. Coe
                        Law Office of Charles W. Coe
                        810 W. 2nd Avenue
                        Anchorage, Alaska 99501
                        Phone: 907-276-6173
                        Fax: 907-279-1884
                        Email: charlielaw@gci.net
                        ABA No. 7804002
                        (By Consent)
```

THIS IS TO CERTIFY that a copy of the foregoing was served electronically upon Charles W. Coe on this 9th day of April, 2014.

/s/ Frank S. Koziol

Stipulation For Dismissal With Prejudice
*Aaron Bailey v. Berkshire Hathaway Homestate Insurance Company* et al.
Case No. 3:12-cv-00139 TMB
Page 2 of 2

Case 3:12-cv-00139-TMB   Document 25   Filed 04/09/14   Page 2 of 2